UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| ROBERT KELLY, ) | |
| ) | No. 19 CR 567 |
| Defendant, ) | |
| ) | Judge Leinenweber |
| and ) | |
| ) | |
| UNIVERSAL MUSIC GROUP, ) | |
| ) | |
| Third-Party Respondent. ) | |

## **AGREED MOTION OF THE UNITED STATES FOR TURNOVER ORDER**

The United States of America, by Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, moves for a turnover order and in support states as follows:

1. The court entered a restitution judgment against defendant Robert Kelly on March 7, 2023. The judgment balance is $42,100.00 as of October 5, 2023.

2. The United States may use any federal or state procedure to enforce the judgment. 18 U.S.C. §§ 3613(a) and (f). A citation to discover assets directed to the respondent, Universal Music Group, was issued on May 18, 2023, and Kelly was served on May 18, 2023.

3. Third-party citation respondent Universal Music Group answered the citation on June 20, 2023. A portion of the answer is attached as Exhibit A. Universal Music Group stated in its answer that it had in its possession or under its control a royalty account belonging to Kelly at the time the citation was served. Based on Universal Music Group's answer, the United States is entitled to $42,100, to satisfy the remaining restitution liability, because the funds are a nonexempt asset. 18 U.S.C. § 3613(a); 28 U.S.C. § 3205(c)(7).

4. Defendant Kelly was also ordered to pay restitution to victims in the case *United States v. Kelly*, No. 19 CR 268 (E.D.N.Y, J. Donnelly).

5. The United States, through its attorney for the Eastern District of New York, obtained a writ of garnishment against the same royalty account belonging to Kelly held by Universal Music Group on August 23, 2023. *United States v. Kelly*, No. 19 CR 268 (E.D.N.Y), Dkt. 369, Order of Garnishment.

6. That restitution judgment in the Eastern District of New York case has been satisfied through funds in Kelly's royalty account.

7. Counsel for Universal Music Group corresponded with the United States on October 5, 2023, and stated that after it paid the restitution judgment from the Eastern District of New York, and after more funds were deposited into the royalty account, the balance of the royalty account was $467,459.52.

8. The United States is entitled to $42,100 from Kelly's royalty account to satisfy the restitution obligation in this case.

9. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases; accordingly, all payments should have "19 CR 567" written in the lower left corner of the check and be submitted to: Clerk of the Court; U.S. District Court, Northern District of Illinois; 219 South Dearborn Street, 20th Floor; Chicago, Illinois 60604.

10. The United States has provided all notices required by law.

11. Counsel for defendant Kelly has indicated that Kelly has no objection to this motion.

WHEREFORE, the United States requests entry of a turnover order directing Universal Music Group to submit to the Clerk of the Court $42,100 from Kelly's royalty account to satisfy the restitution obligation ordered in this case.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney


By: s/ Scott D. Heffron
    SCOTT D. HEFFRON
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    312-886-4190
    scott.heffron@usdoj.gov

# EXHIBIT A



**UNIVERSAL MUSIC PUBLISHING GROUP**

# Payee: VACF - Kelly, Robert pka R. Kelly Summary

## Financial Summary

**Royalty Period:** 01 July 2022 to 31 December 2022

| Date | Reference | Description | |
|---|---|---|---:|
| | | **Balance last period** | $442,203.96 |
| 26/08/22 | 13010721 | PAYMENT OF 1H22 ROYALTIES - PAYMENTS | -442,203.96 |
| 31/12/22 | TFAEH4 | ROYALTY KELLY, ROBERT PKA R. KELLY - ROYALTIES | 330,786.70 |
| 31/12/22 | TFA27R | ROYALTY KELLY, ROBERT PKA R. KELLY - ROYALTIES | -0.89 |
| 31/12/22 | TFEP6F | ROYALTY KELLY, ROBERT PKA R. KELLY - ROYALTIES | 9,507.18 |
| 31/12/22 | TFAEH3 | ROYALTY KELLY, ROBERT PKA R. KELLY - POS - ROYALTIES | 7,901.50 |
| 31/12/22 | TFAGUW | ROYALTY KELLY, ROBERT RE: 10TH-12TH PERI - ROYALTIES | 18,171.40 |
| 31/12/22 | TFA5SH | ROYALTY KELLY, ROBERT RE: 10TH-12TH PERI - ROYALTIES | 1,137.27 |
| 31/12/22 | TFEP7U | ROYALTY KELLY, ROBERT RE: 13TH PERIOD (0 - ROYALTIES | 3,243.17 |
| 31/12/22 | TFAFB0 | ROYALTY KELLY, ROBERT RE: 5/08 EXT. - ROYALTIES | 13,093.22 |
| | | **Balance this period** | **$383,839.55** |

**UNIVERSAL MUSIC - Z SONGS**
2100 COLORADO AVENUE, SANTA MONICA,
U.S.A. CA 90404-3504
Tel: 1888 474 4979

Your royalty statement is also available online via **UMPG Window.**
View or download your statements at **umpgwindow.com**

Or why not sign-up for our **statement e-mail delivery**
service by e-mailing **custservpubna@umusic.com**



Page 1 of 1



UNIVERSAL MUSIC GROUP

June 20, 2023

<u>Via UPS & Email</u>

Scott D. Heffron, Assistant United States Attorney
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604
(312) 469-6298
Scott.Heffron@usdoj.gov

    Re:    <u>Third-Party Citation to Discover Assets – Robert S. Kelly</u>
           Case number: 19-CR-567

To Whom It May Concern:

I write on behalf of Universal Music Publishing, Inc. ("UMPG") in response to the Third-Party Citation to Discover Assets (the "Citation") regarding the property, income, or assets of the judgment debtor, Robert S. Kelly, dated May 17, 2023.

UMPG has conducted a thorough, good-faith search of its records and is making a production of files we have on record pursuant to the Citation. The production and a declaration of custodian of records was provided to Scott D. Heffron via UPS.

Should you have any further questions or do not receive these documents, please contact Jessica Stiefler, Director – Business and Legal Affairs at (310) 865-5767 or Jessica.Stiefler@umusic.com.

This letter is not a recitation of all the facts, defenses or claims available to UMPG and nothing contained in or omitted from this letter constitutes a waiver of any rights, all of which are expressly reserved.

                            Sincerely,

                            Elizabeth Ketcham
                            Paralegal Administrative Assistant
                            Business & Legal Affairs
                            Universal Music Group

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT S KELLY | CASE NUMBER: 19 CR 567 |
|---|---|

## DECLARATION OF CUSTODIAN OF RECORDS

I, __Elizabeth Ketcham__, hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge and belief:

1. I am a duly authorized custodian of records in the employ of Universal Music Group, with authority to certify said records.

2. The accompanying records are the originals or true copies of records made and kept in the regular scope and course of my employer's regularly conducted activity and constitute all of the records called for in the citation heretofore served in this matter.

3. The entries contained in the original records were prepared by persons having actual knowledge thereof, or with information transmitted by a person with actual knowledge, at or near the times of the occurrences of the matters which they purport to describe.

SIGNED AND EXECUTED this __20th__ day of __June__, __2023__.

_____
Name
Custodian of Records for: Universal Music Group

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

MOTION OF THE UNITED STATES FOR TURNOVER ORDER and

were served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by electronic mail, by agreement, on or before October 10, 2023, to the following non-ECF filers:

Universal Music Group
c/o Timothy Hudson
209 S. LaSalle St. Suite 700
Chicago, IL 60604

        s/ Scott D. Heffron
        SCOTT D. HEFFRON
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        312-886-4190
        scott.heffron@usdoj.gov