**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 19 CR 567 |
| v. | Hon. Harry D. Leinenweber |
| | District Judge |
| ROBERT SYLVESTER KELLY, ET AL | |

**WITHDRAWAL OF COUNSEL**

Please take notice that Assistant United States Attorney Jeannice W. Appenteng is no longer assigned to the above-captioned case.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By:   *s/Jeannice W. Appenteng*
      JEANNICE W. APPENTENG
      Assistant United States Attorney
      219 S. Dearborn Street, Rm. 500
      Chicago, Illinois 60604
      (312) 353-5357

Dated: October 12, 2023