UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ROBERT S. KELLY, )<br>)<br>           Defendant. ) | No. 19 CR 567 |

**SATISFACTION OF JUDGMENT AND RELEASE OF JUDGMENT LIEN**

The court entered judgment in favor of the United States of America and against defendant Robert S. Kelly. The judgment for $42,600.00 has been satisfied. The lien recorded at the Cook County Recorder's Office as document number E 2312240022 on March 28, 2023 is hereby released.

                              Respectfully submitted,

                              MORRIS PASQUAL
                              Acting United States Attorney

                              By: s/ Linda A. Wawzenski
                                   LINDA A. WAWZENSKI
                                   Assistant United States Attorney
                                   219 South Dearborn Street
                                   Chicago, Illinois 60604
                                   312-353-1994

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

SATISFACTION OF JUDGMENT AND RELEASE OF JUDGMENT LIEN

was served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed within five business days of this release being filed, to the following non-ECF filers:

Robert Kelly BOP # 09627-035
FCI BUTNER MEDIUM I
Butner, North Carolina 27509

                                              By: s/ Linda A. Wawzenski
                                                  LINDA A. WAWZENSKI
                                                  Assistant United States Attorney
                                                  219 South Dearborn Street
                                                  Chicago, Illinois 60604
                                                  312-353-1994