UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 19 CR 567-1 |
| v. | ) | |
| | ) | Harry D. Leinenweber |
| ROBERT SYLVESTER KELLY, | ) | District Judge |
| aka "R. Kelly" | | |

**GOVERNMENT'S MOTION
TO SUPPLEMENT THE RECORD ON APPEAL**

The United States of America, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, hereby moves to supplement the record on appeal, and states as follows:

1. Defendant Robert Kelly has appealed his conviction following a jury trial and the sentence imposed by this court to the Seventh Circuit Court of Appeals. Defendant filed his appellate brief on August 2, 2023, and the United States will file its brief on December 14, 2023.

2. Under Rule 10(a) of the Federal Rules of Appellate Procedure, "[t]he original papers and exhibits filed in the district court; . . . the transcript of proceedings, if any; and . . . a certified copy of the docket entries prepared by the district clerk" constitute the record on appeal.

3. The government intends to rely in its response brief on (redacted, where applicable) versions of Government Exhibits 320, 323, 324, 325, 326, 327, 340, 342-A, 411, and 414, which were admitted into evidence at trial (*See* Tr. 1378, 1772, 1163,

1

2149, 1142). Since the above-stated exhibits are not currently in the record on appeal, the government wishes to supplement the record so that these exhibits are available for review by the Seventh Circuit Court of Appeals. The government is awaiting a response from defendant Kelly as to whether he opposes this motion.

4. A copy of the government's proposed cover sheet to accompany the proposed exhibits when submitted to the Clerk's Office is attached this motion.

WHEREFORE, the United States respectfully requests that the court issue an order directing the clerk to supplement the record on appeal with Government Exhibits 320, 323, 324, 325, 326, 327, 340, 342-A, 411, and 414.

Respectfully submitted.

MORRIS PASQUAL
United States Attorney

By: */s/ Brian Williamson*
Brian Williamson
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8897

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 19 CR 567-1 |
| v. | ) | |
| | ) | Harry D. Leinenweber |
| ROBERT SYLVESTER KELLY, | ) | District Judge |
| aka "R. Kelly" | | |

## UNITED STATES' EXHIBITS

The United States of America, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, hereby furnishes the District Court Clerk with the following exhibits to be included in the record on appeal:

  a. Government Exhibit 320
  b. Government Exhibit 323
  c. Government Exhibit 324
  d. Government Exhibit 325
  e. Government Exhibit 326
  f. Government Exhibit 327
  g. Government Exhibit 340
  h. Government Exhibit 342-A
  i. Government Exhibit 411
  j. Government Exhibit 414

Respectfully submitted.

MORRIS PASQUAL
United States Attorney

By:  /s/ Brian Williamson
Brian Williamson
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8897