UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT SLVESTER KELLEY,<br>also known as "R. Kelly" | Case No. 19 CR 567<br><br>Honorable Martha M. Pacold |

# GOVERNMENT'S MOTION TO SEAL
# DEFENDANT'S MOTION FOR TEMPORARY FURLOUGH
# UNTIL SUCH TIME AS THE COURT CAN RULE ON THE GOVERNMENT'S
# <u>MOTION TO STRIKE IT</u>

For the reasons stated in the government's motion to strike defendant's emergency motion for temporary furlough (Dkt. 481), incorporated into this motion by reference, the government also moves to seal defendant's emergency motion for temporary furlough (Dkt. 480) until such time as the Court can rule on the government's motion to strike defendant's motion.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: /s/ *Jason A. Julien*
JASON A. JULIEN
Assistant United States Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5300

**CERTIFICATE OF SERVICE**

      I, Jason A. Julien, an attorney, certify that I served a copy of the foregoing Government's Motion to Seal Defendant's Emergency Motion for Temporary Furlough by filing the same using the CM/ECF System, and that a copy will be provided to all parties of record designated to receive notice.

      Respectfully submitted,

      ANDREW S. BOUTROS
      United States Attorney

By:   /s/ *Jason A. Julien*
      JASON A. JULIEN
      Assistant United States Attorney
      219 South Dearborn St., Rm. 500
      Chicago, Illinois 60604
      (312) 353-5300