# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                  Case No.: 1:19−cr−00567

                                        Honorable Martha M. Pacold

, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2025:

    MINUTE entry before the Honorable Martha M. Pacold as to Robert Sylvester Kelly: In−person hearing set for 6/11/2025 at 11:00 a.m. in Courtroom 2325. The Government's motion to strike, [481], and motion to seal, [482], are granted. Defendant#039;s emergency motion, [480], is stricken without prejudice and will remain under seal. By 9:00 p.m. CT on 6/10/2025, defendant shall file a version of his emergency motion, [480], with the child victim's name appropriately anonymized. At the 6/11/2025 hearing, the parties should be prepared to discuss whether the court continues to have jurisdiction over this matter. See United States v. Goode, 342 F.3d 741, 743 (7th Cir. 2003) ("Once a court sentences a criminal defendant, it has jurisdiction to continue hearing related issues only when authorized by statute or rule."); see also Trump v. J.G.G., 145 S. Ct. 1003 (2025) (noting that challenges to the validity of detention are "core habeas petitions" that must be filed in "the district of confinement"). Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.