UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | No. 19 CR 567 |
| -vs- ) | |
| ) | Hon. Martha M. Pacold |
| ROBERT SYLVESTER KELLY, ) | |
| also known as "R.Kelly," ) | |
|     Defendant. ) | |

**THIRD SUPPLEMENT TO EMERGENCY MOTION FOR TEMPORARY FURLOUGH**

    COMES NOW Defendant, Robert Sylvester Kelly, by and through counsel, Beau B. Brindley, and hereby provides a supplement to his emergency motion for temporary furlough. In support of his motion, Mr. Kelly provides as follows:

    Mr. Kelly only wishes that he could wait until the filing of his reply to the government's response regarding jurisdiction before making another submission to the Court.[1] However, the conduct of the Bureau of Prisons and the worsening threat to Mr. Kelly's well-being does not afford him that luxury. While the allegations made by Mikeal Glenn Stine were shocking, the events that have transpired since the filing of Mr. Kelly's motion for temporary furlough are equally stunning, but yet undeniable. When combined with what has already been asserted, the recent events plainly support Mr. Stine's accusation that Bureau of Prisons officers are seeking to kill Robert Kelly to cover up crimes committed in the investigation of his case.

---

[1] Efforts are presently being made to obtain pro hac vice status to file the motion for temporary and all following supplements in Mr. Kelly's New York case in New York. His motion to vacate convictions on the basis of newly discovered evidence is on an accelerated schedule and will be filed imminently.

1

Government counsel responded to Mr. Kelly's motion with words like fanciful and theatrical. They can use whatever words they like. The problem for the government is that the allegations in Mr. Kelly's motion are not his. They are the allegations of people who participated in crimes committed by government officials in the effort to make federal cases against R. Kelly, and in a plot to take Mr. Kelly's life as a means of covering up those crimes. For those who doubt the idea that Bureau of Prisons Officers seek to harm Mr. Kelly, the recent events described below will replace skeptical doubt with stunned recognition of an undeniable reality: Mr. Kelly's life is in danger and the threat comes from Bureau of Prisons officers whose duty is to protect him.

As we have indicated, Mr. Kelly was sent to solitary confinement against his will shortly after the filing of his motion. A legal call with his attorney was cancelled without explanation. Questions about his physical well-being went unanswered. On June 16, 2025, the reasons became apparent. Finally able to speak to Mr. Kelly by phone, the undersigned learned the following shocking revelations. Mr. Kelly went into solitary confinement with his medications in his possession on June 10, 2025. He takes medication for anxiety and to help him sleep, in addition to other medications. While in solitary confinement, prison staff approached him, and he showed them the medications in his possession. This will appear on camera footage from the institution. Later in the evening, personnel came to Mr. Kelly's cell and provided him with additional medication and instructions to take it. This too will be captured on camera. Mr. Kelly took the medication as directed. This was on June 12, 2025, after the undersigned filed a document revealing the solitary confinement conditions experienced by Mr. Kelly.

In the early morning hours of June 13, 2025, Mr. Kelly awoke. He felt faint. He was dizzy. He started to see black spots in his vision. Mr. Kelly tried to get up, but fell to the ground. He crawled to the door of the cell and lost consciousness. He was placed on a gurney. Prison officials

2

wanted him to be taken to the on-site medical facility, but staff there could not assist him. Consequently, Mr. Kelly was taken by ambulance to nearby Duke University Hospital. While in the ambulance, he heard one of the prison officers with him state: "this is going to open a whole new can of worms." At the hospital, Mr. Kelly learned that he had been administered an overdose quantity of his medications that threatened his life. He required hospitalization for two days to treat it. That means that, within two days of the filing of his motion, Bureau of Prisons officials administered an amount of medication that significantly exceeded a safe dose and caused Mr. Kelly to overdose, putting his life in jeopardy. They gave him an amount of medicine that could have killed him.

Unfortunately, administering an overdose quantity of medication to Mr. Kelly just days after his exposure of a Bureau of Prisons plot to kill him is not the end of the B.O.P. actions that put his life in jeopardy. It actually gets much worse. For many months now, Mr. Kelly has been seeking medical attention for an obviously swollen leg. He has a history of blood clots[2] and has been worried about further clots forming. Earlier this year, Mr. Kelly received what was supposed to be a scan for blood clots. He was then told by prison medical staff that they were only authorized to advise him that he would no longer be receiving blood thinners. He was taken off of blood thinners at that time. This was within the past approximately three months.

At Duke University Hospital, Mr. Kelly showed the doctors his leg. He shared his fears and concerns. The hospital did a scan for blood clots. That scan revealed blood clots in his right leg, blood clots in his left leg, and blood clots in his lungs. The hospital indicated he would need to be kept for 7 days and scheduled for a surgery to clear the clots. He was immediately placed

---

[2] Mr. Kelly's blood clots began after the BOP mishandled his recovery from surgery to repair his Achilles tendon and failed to return Mr. Kelly to the operating hospital to remove his leg cast within the timeframe ordered by medical professionals.

3

back on blood thinners that Butner medical staff discontinued. When advised he required surgery and needed to be kept for two weeks, officers assigned to Mr. Kelly in the hospital contacted the officials at Butner. Within an hour, officers with guns came into his hospital room and removed Mr. Kelly. He was taken from the hospital against his will and against the directives of the doctors. He was denied the surgery he needs to clear blood clots in his lungs that threaten his life. This happened. This will be confirmed by hospital records. It is undeniable. Mr. Kelly's life is in jeopardy right now because the Bureau of Prisons denied him necessary surgery to clear clots from his lungs. He could die from this condition, and they are letting it happen. There is no legitimate explanation for that.

And what did the Bureau of Prisons officials do with an inmate just diagnosed with multiple blood clots at an outside hospital who needs surgical intervention? They took him out of the hospital and returned him to solitary confinement, not even to the Butner medical facility. Mr. Kelly reports it is extremely cold in solitary confinement. He has requested an extra blanket and was told only: "The captain says no." Mr. Kelly was on the phone with the undersigned today in tears, afraid that they will kill him or let him die. Tragically, he has every reason to feel that way. The conduct of the Bureau of Prisons gives him every reason to feel that way.

It is useful to juxtapose the declaration of Mikeal Stine with the conduct of the Bureau of Prisons officials since that declaration became public. He exposed what he indicated was a Bureau of Prisons plot to kill Mr. Kelly in order to cover up crimes committed by D.O.J. and Bureau of Prisons officials during the investigation of his cases. This raised shock and skepticism from some. The Bureau of Prisons officials responded to his allegations by (1) putting Mr. Kelly into solitary confinement against his will; (2) overdosing him on prescription medications administered by prison staff; and (3), removing him from the hospital where they intended to perform surgery to

clear blood clots that threaten his life. All of this is verifiable through medical records we will obtain. So, Mr. Kelly says to the government: how fanciful do Mr. Stine's claims sound now? It was not theatrics that took Mr. Kelly off of the blood thinners that he needed. It was not theatrics that provided him with an overdose of medication. It was not theatrics that denied him necessary surgery on blood clots in his lungs and legs, which threaten his life at his minute. Bureau of Prisons officials did all of that on their own. And they did it within days of Mr. Stine's declaration going public. Those plain facts speak a lot louder than anything government counsel has to say. And they give one message loud and clear: Mr. Kelly's life is in danger, and that danger is coming from Bureau of Prisons officials and their actions. Mr. Kelly needs this Court's intervention. His life actually depends on it.

WHEREFORE, Mr. Kelly respectfully requests that this Honorable Court order a temporary furlough to home detention.

Respectfully submitted,

By: /s/ *Beau B. Brindley*
Attorney for the Defendant

LAW OFFICES OF BEAU B. BRINDLEY
53 W. Jackson Blvd.
Suite 1410
Chicago, Illinois 60604
(312) 765-8878 (Phone)