UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT SYLVESTER KELLY,<br>also known as "R. Kelly" | Case No. 19 CR 567<br><br>Honorable Martha M. Pacold |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S FOURTH SUPPLEMENT**

Eventually, Robert Kelly is going to have to address the sole issue this Court directed the parties to address at the outset: Whether this Court continues to have jurisdiction over this matter. Dkt. 483, 483. This Court's orders were clear: "The briefing is limited to the jurisdictional issue and not on the merits." Dkt. 486. The government understands that this Court's orders "are not mere suggestions that a party may choose to ignore or follow." *FCFS, Inc. v. Legion Elec. Vehicles, LLC*, 2025 WL 1666696, at *7 (N.D. Ill. June 12, 2025); *see also Skaggs v. Belcher*, 2022 WL 21794405, at *2 (C.D. Ill. Mar. 11, 2022) ("Orders from this Court and the Federal Rules are not simply suggestions that litigants may [choose] to follow or to ignore."); *Loop AI Labs Inc. v. Gatti*, 2017 WL934599, at *14 (N.D. Cal. Mar. 9, 2017) ("But the fundamental reality is this: a court cannot effectively manage a case when its orders are viewed by counsel not as mandates to be followed, but as suggestions to be complied with if, when and how counsel's judgment dictates.")

This morning, Kelly filed another diatribe directed at the government. Dkt. 493. How is the hearing on Friday going to proceed? Will only one party obey this Court's directive and limit its arguments accordingly?

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:   /s/ *Jason A. Julien*
      JASON A. JULIEN
      Assistant United States Attorney
      219 South Dearborn St., Rm. 500
      Chicago, Illinois 60604
      (312) 353-5300

## **CERTIFICATE OF SERVICE**

      I, Jason A. Julien, an attorney, certify that I served a copy of the foregoing Government's Response to Defendant's Fourth Supplement by filing the same using the CM/ECF System, and that a copy will be provided to all parties of record designated to receive notice.

                                          Respectfully submitted,

                                          ANDREW S. BOUTROS
                                          United States Attorney

By:    /s/ *Jason A. Julien*
           JASON A. JULIEN
           Assistant United States Attorney
           219 South Dearborn St., Rm. 500
           Chicago, Illinois 60604
           (312) 353-5300